In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-409 CR


NO. 09-06-410 CR


____________________



JASON MICHAEL SIMONEAUX, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 83608, 83609






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Jason Michael Simoneaux,
to withdraw his appeals. See Tex. R. App. P. 42.2. A request to dismiss the appeals is
signed by appellant personally and by counsel of record. No opinion has issued in these
appeals. The motion is granted, and the appeals are therefore dismissed.

 APPEALS DISMISSED. 


 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered March 21, 2007

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.